FISHER & PHILLIPS LLP
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
STEPHEN M. SCOTT, ESQ.
Admitted *Pro Hac Vice*
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:   (702) 252-7411
akheel@fisherphillips.com
smscott@fisherphillips.com
*Attorneys for Defendant FedEx Ground Package System, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASAGAI MILTON,<br><br>                    Plaintiff,<br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., LOCATION ZREN/895,<br><br>                    Defendant. | Case No.: 3:23-cv-00268-ART-CSD<br>**ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED that this case be dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED this   6th   day of May ~~April~~, 2024.

                                                           FISHER & PHILLIPS LLP

_____
Asagai Milton (May 3, 2024 16:26 PDT)
Asagai Milton
1457 W. Fourth St., No. 32
Reno, NV 89503
Phone: 775.471.8011
   *Plaintiff Pro Se*

Date: 05/03/2024

By:  /s/ Allison L. Kheel
Allison L. Kheel, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Phone: 702.252.3131
   *Attorneys for Defendant FedEx Ground Package System, Inc.*

–1–

FP 50394515.1

IT IS SO ORDERED:

DATED: May 7, 2024

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

FISHER & PHILLIPS LLP

By: /s/ Allison L. Kheel
Allison L. Kheel, Esq.
*Attorneys for Defendant FedEx Ground Package System, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that the foregoing **STIPULATION AND ORDER FOR DISMISSAL** was electronically filed on this date with the U.S. District Court, and a true and correct copy of the same was thereafter served via U.S. Mail, postage prepaid thereon at Las Vegas, Nevada to:

Asagai Milton
1457 W. Fourth Street #32
Reno, Nevada 89503
*Plaintiff Pro Se*

DATED this 6th day of ~~April~~ May, 2024.

By: /s/ Darhyl Kerr
An employee of Fisher & Phillips LLP

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

CERTIFICATE OF SERVICE - 1
FP 50394515.1